

HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY

FILED
2007 MAY 17 A 10: 35
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

C07 02623 PVT

TERRY DEW HORWATH,

　　　　Plaintiff,

　　v.

RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100,,

　　　　Defendants.

CASE NO.

**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　PLEASE TAKE NOTICE THAT Defendant Reliance Standard Life Insurance Company ("Reliance Standard"), by and through its attorneys, timely files this Notice of Removal pursuant to 28 U.S.C. §1331, 29 U.S.C. §1132(e), 28 U.S.C. §1332 and 28 U.S.C. §1441(a), (b) and (c), removing the above-captioned action from the Superior Court for the State of California, County of Santa Cruz to the United States District Court for the Northern District of California, and in support of this Notice avers as follows:

///
///

F:\CASE\RAW.3084\PLEADINGS\Notice of Removal (federal).wpd　　-1-
NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

1.    The above-captioned action was commenced by Plaintiff in the Superior Court of the State of California, County of Santa Cruz on or about April 10, 2007. A true and correct copy of the Summons and Complaint are attached hereto as Exhibit "A."

2.    Service of the Complaint on Reliance Standard was made on April 23, 2007.

3.    This action relates to a claim for benefits under Reliance Standard's group long term disability insurance policy.

4.    The policy was established and maintained by plaintiff's former employer as an employee welfare benefit plan.

5.    The plan requires all employees of the policy holder to participate in the coverage and further requires the policyholder to pay all premiums.

6.    This plan is therefore subject to and governed by the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.*

7.    A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §1441(c), as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dededaux*, 481 U.S. 41 (1987).

8.    This United States District Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e) and, as a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a), (b) and (c).

9.    Defendant Reliance Standard is informed and believes that plaintiff is a California citizen.

///

10. Defendant Reliance Standard was, at the time of the filing of this action and at the time of removal is a corporation in the State of Illinois with its principal place of business in Pennsylvania.

11. There is complete diversity of citizenship between plaintiff, on the one hand, and defendant, on the other hand, such that removal is proper pursuant to 28 U.S.C. §1446(b).

12. This action is also being removed pursuant to 28 U.S.C. §1332. The amount in controversy exceeds $75,000.00 because plaintiff seeks damages for breach of contract, breach of the covenant of good faith and fair dealing, fraud/misrepresentation, violation of Business and Professions Code Sections 17100, *et. seq.*, and negligence. Plaintiff also seeks punitive damages, attorney's fees and costs.

13. This Notice of Removal is being filed within thirty (30) days of defendant's receipt of the Complaint as required by 28 U.S.C. §1446(b).

14. All fees required by law in connection with this notice have been filed by Defendant.

WHEREFORE, Defendant Reliance Standard Life Insurance Company prays that this action be removed from the Superior Court of the State of California, County of Santa Cruz to the United States District Court for the Northern District of California.

DATED: May 16, 2007

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN P. McNAMARA
Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY