SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
TERRY DEW HORWATH

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Santa Cruz County Superior Court
701 Ocean Street
Santa Cruz, CA  95060

CASE NUMBER:
*(Número del Caso):* CU156794

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Donald C. Schwartz                                     831-685-4700
Schwartz Law Offices, 7960-B Soquel Drive, Suite 291, Aptos, CA  95003

DATE: APR 1 0 2007          ALEX CALVO           DEBORAH ROJAS, Deputy
*(Fecha)*                   *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

www.accesslaw.com

Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
Creekside Center, 9057 Soquel Drive, Building B, Suite F,
Aptos, CA 95003
Mailing: 7960-B Soquel Drive, No. 291, Aptos, CA 95003
831-685-4700; Facsimile 831-685-0907

Attorney for Plaintiff
Terry Dew Horwath

FILED
APR 10 2007
ALEX CALVO, CLERK
BY DEBORAH ROJAS
DEPUTY, SANTA CRUZ COUNTY

Received
APR 23 2007
LAW DEPT.

SUPERIOR COURT OF CALIFORNIA,

FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| TERRY DEW HORWATH, Plaintiff, vs. RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100, Defendants. | Case No. CV156794 **COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES** |

RECEIVED
APR 25 2007
DEBRA STAPLES

Plaintiff Terry Dew Horwath hereby alleges as follows:

**PARTIES**

1. At all times relevant herein plaintiff Terry Dew Horwath (hereinafter alternately referred to as "plaintiff") has been a resident and domiciliary of the County of Santa Cruz.

2. At all times relevant herein defendant Reliance Standard Life Insurance Company (hereinafter referred to as "defendant Reliance") is and was a business entity, form unknown, either organized and/or existing under the laws of the State of California and/or is or were

authorized to transact, and were and are transacting, business in the County of Santa Cruz, State of California as an insurance underwriter.

3. The true names and capacities, whether individual, corporate, associate or otherwise of defendants Does 1 through 100, inclusive, are unknown to plaintiff at this time, who therefore sues said defendants by such fictitious names and when the true names and capacities of such defendants have been ascertained, plaintiff will amend this Complaint accordingly. Plaintiff is informed and believes, and thereupon alleges, that each defendant designated herein as a Doe is responsible, negligently or in some manner, for the acts, facts, events, representatives and happenings hereinafter referred to, and caused injuries and damages proximately thereby to plaintiff, as hereinafter alleged, either through said defendants' own intentional, negligent, fraudulent or other conduct or through the conduct of its agents, servants or employees, or in some other manner. Plaintiff is further informed and believes, and thereupon allege, that at all times stated herein defendants, and each of them, were the agents, servants, employees and/or joint venturers of their co-defendants and were as such acting within the scope, course and authority of such agency, employment and/or joint venture, and that each and every defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other defendant as agent, servant, employee and/or joint venturer.

## GENERAL ALLEGATIONS

4. Up to a time in or about the year 1999 plaintiff Horwath was an employee of a company located in Santa Cruz County named Digital Dynamics. During the time of plaintiff's

employment at Digital Dynamics, plaintiff maintained a long term disability insurance policy with defendant Reliance Standard Life Insurance Company ("Reliance").

5. Defendant Reliance refused to pay out on the long term disability coverage, thereby necessitating plaintiff filing a civil action in the Santa Cruz County Superior Court. Thereafter, plaintiff Horwath and defendant Reliance entered into a settlement agreement contract ("Agreement") whereby plaintiff Horwath agreed to drop his suit (then pending in the United States District Court), on the one hand, and defendant Reliance agreed to pay the court filing fee plus $100.00 per month on the disability claim. Plaintiff graciously agreed to waive his right to recover attorney's fees as was expressly provided and entitled just to get the matter behind him.

6. However, instead of getting the matter behind him, defendant Reliance paid the $100.00 per month until October 1005, when it ceased making the payments.

7. As a result of defendant Reliance cessation of payments under the terms and conditions of the Agreement, it is now in breach of said Agreement. By its own acts and the facts of this matter, its has been made abundantly clear that defendant Reliance never intended to honor the Agreement, nor any of its agreements that is makes, thereby forcing plaintiff and innocent hard working people like plaintiff to hire lawyers just to secure their rights under agreements made with Reliance.

8. As a direct and proximate result of defendant Reliance wrongful conduct as herein alleged, plaintiff has suffered general and other special damages well in excess of the jurisdictional minimum from the Superior Court of the State of California.

//

## FIRST CAUSE OF ACTION
(Breach of Written Agreement)

9. Plaintiff by this reference incorporates each and every other paragraph in this Complaint as if fully set forth herein.

10. Plaintiff and defendants, and each of them, had entered into that written contract of agreement. The express written terms of the Agreement, defendant Reliance was to make payments of $100.00 per month.

11. Plaintiff has performed all conditions, covenants and promises required by him on his part to be performed in accordance with the terms and conditions of the Agreement.

12. Plaintiff has demanded that defendants perform their obligations under the written contract of insurance.

13. Defendants, and each of them, breached the written contract by not honoring plaintiff's demands for payment of the $100.00 per month as set forth above.

14. As a result of each and every defendants' breach of the written contract and agreement, plaintiff has suffered damages in a sum according to proof.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as further set forth below.

## SECOND CAUSE OF ACTION
(Fraud/Misrepresentation against All Defendants)

15. Plaintiffs by this reference incorporate each and every other paragraph in this Complaint as if fully set forth herein.

16. By the provisions of the written agreement alleged herein, defendant Reliance represented to plaintiff that they would make payments of $100.00 per month.

17. Each and every defendant's above-stated representations, agreements and actions were and remain false and fraudulent, in that said defendants never intended to honor its written agreements as alleged. Said defendant willfully concealed the truth of its true intent not to honor its Agreement and representations, all for the purpose of defrauding and deceiving plaintiff for defendant Reliance own selfish profit-making purposes.

18. Plaintiff, at the time the representations were made, believed them to be true and, in reliance on them.

19. The representations of each and every defendant and the Agreement entered into by defendant Reliance were, in fact, false.

20. As a further direct and proximate result of each and every defendant's wrongful conduct as herein alleged, plaintiff has sustained emotional and mental distress, anguish, embarrassment, inconvenience, mortification, humiliation and indignity, all to his general and special damage in a sum according to proof.

21. As a proximate result of said defendants' fraud and deceit and the facts herein alleged, plaintiff has been induced to expend hours of time and energy in an attempt to receive coverage under the subject insurance contract, as well as hire an attorney to pursue same. Thus, plaintiff is entitled to recovery for said damages according to proof.

22. The aforementioned conduct of each and every defendant was an intentional misrepresentation, deceit or concealment of material facts known to said defendants with the

intention on the part of said defendants to deprive plaintiff of property or legal rights, or otherwise causing injury, and was despicable conduct that subjected plaintiff to a cruel and unjust hardship in conscious disregard of plaintiff's rights, so as to justify an award of exemplary and punitive damages as against each and every defendant.

WHEREFORE, plaintiff prays judgment against each and every defendant as further set forth below.

### THIRD CAUSE OF ACTION
**(Breach of Covenant of Good Faith and Fair Dealing against All Defendants)**

23. Plaintiff by this reference incorporates each and every other paragraph in this Complaint as if fully set forth herein.

24. Implied in all agreements relating to insurance, within the State of California is the covenant of good faith and fair dealing.

25. At all times relevant herein, defendants, and each of them, knew that plaintiff was entitled to the payments set forth in the Agreement. Instead of providing the benefits, as aforesaid, defendants in bad faith and in breach of the covenant of good faith and fair dealing schemed to deny said Agreement payments to plaintiff.

26. As a further direct proximate result of each and every defendant's wrongful conduct as herein alleged, plaintiff has suffered losses from the date monies should have been paid to him, and future losses, all in excess of the minimum jurisdictional limits of the Superior Court.

27. As a further direct and proximate result of each and every defendant's wrongful conduct as herein alleged, plaintiff has sustained emotional and mental distress, anguish,

embarrassment, inconvenience, mortification, humiliation and indignity, all to his general and special damage in a sum according to proof.

28. Each and every defendants' wrongful conduct as herein alleged was done intentionally and was maliciously, recklessly, oppressively and/or fraudulently in nature, was despicable conduct that subjected plaintiff to a cruel and unjust hardship in conscious disregard of plaintiff's rights, all so as to justify an award of exemplary and punitive damages as against each and every defendant.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as further set forth below.

## FOURTH CAUSE OF ACTION
[Violation of Business & Professions Code, §§17100, et seq. - against All Defendants]

29. Plaintiff by this reference incorporate each and every other paragraph in this Complaint as if fully set forth herein.

30. Plaintiff brings this civil action, inter alia, under the private attorneys general provisions of Business & Professions Code, §§17100, et. seq.

31. By the acts, facts and events hereinabove alleged, defendants have, and continue to violate and be in violation of Business & Professions Code, §§17100, et seq.

32. Plaintiff therefore seeks a disgorgement of all unfairly, illegally and fraudulently obtained sums of money in violation of in Business & Professions Code, §§17100, et. seq. Further, plaintiffs' further seek an award of attorneys' fees and costs according to proof.

Wherefore, plaintiff prays damages against defendants, and each of them, as hereafter set forth below.

## FIFTH CAUSE OF ACTION
(Negligence against All Defendants)

33. Plaintiff by this reference incorporates each and every other paragraph in this Complaint as if fully set forth herein.

34. At all times relevant herein defendants, and each of them, owed plaintiff a duty of due care. In fact defendant Reliance owed plaintiff a fiduciary-like duty of care.

35. At all times relevant herein and within the applicable one-year statute of limitations for damages arising from negligence causing personal injury, plaintiff learned that defendants, and each of them, breached their duty of due care owed to plaintiff.

36. As a proximate result of the negligence of defendant, and each of them, plaintiff has suffered general and special damages according to proof. As such, plaintiff has otherwise been hurt and injured in his health, strength and activity, sustaining injury to his nervous system and person, all of which injuries have caused, and continue to cause, plaintiff great mental, physical and nervous pain and suffering as well as inconvenience. As a result of such injuries, plaintiff has suffered general and special damages in amounts according to proof.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as further set forth below.

## SIXTH CAUSE OF ACTION
(Declaratory Relief against All Defendants)

37. Plaintiff by this reference incorporates each and every other paragraph in this Complaint as if fully set forth herein.

38. A controversy has arisen to the effect that plaintiff, on the one hand, contends that he is entitled to payments of no less than $100.00 per month and whereas defendants, on the other hand, contend that plaintiff is not so entitled.

39. Plaintiff hereby requests the court to determine, adjudicate and rule as to the rights and obligations of the parties hereto.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as set forth below.

1. For general damages, mental suffering and emotional distress, according to proof;

2. For special damages, according to proof;

3. For exemplary and punitive damages, according to proof;

4. For attorney's fees, according to proof;

5. For costs of suit herein incurred;

6. For a declaration of the rights and obligations of the parties hereto under the subject Agreement.

7. For such other and further relief as the court may deem just and proper.

Dated: April 9, 2007

Donald Charles Schwartz
Attorney for Plaintiff
Terry Dew Horwath

# PROOF OF SERVICE

## (Re: Horwath v. Reliance Standard Life Insurance Company)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On May 17, 2007, I served the foregoing document described as **NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Donald C. Schwartz, Esq.
SCHWARTZ LAW OFFICES
7960-B Soquel Drive, Suite 291
Aptos, CA 95003

Ph:  (831) 685-4700
Fax: (831) 685-0907

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 17, 2007, at Los Angeles, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
LYNN KATATA