HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY

FILED

2007 MAY 17 A 10: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DEW HORWATH,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100,,<br><br>Defendants. | CASE NO. C07 02623 PVT<br><br>NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |

TO PLAINTIFF TERRY DEW HORWATH AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant RELIANCE STANDARD LIFE INSURANCE COMPANY has hereby removed the subject action from the Superior Court of the State of California for the County of Santa Cruz to the United States District Court for the Northern District of California. A copy of the Notice of Removal of Civil Action is being served upon you concurrently herewith.

///

///

///

///

F:\CASE\RAW.3084\PLEADINGS\Note to Adverse Party of Removal (federal).wpd

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1  PLEASE ALSO TAKE NOTICE that a copy of the Notice of Removal will be
2  filed with the Clerk of the Superior Court of the State of California in and for the
3  County of Santa Cruz, 701 Ocean Street, Santa Cruz, California 95060.

6  DATED: May 16, 2007          HARRINGTON, FOXX, DUBROW &
                                 CANTER, LLP

                                 By: _____
                                     KEVIN P. McNAMARA
                                     Attorneys for Defendant RELIANCE
                                     STANDARD LIFE INSURANCE
                                     COMPANY

1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# PROOF OF SERVICE

## (Re: <u>Horwath v. Reliance Standard Life Insurance Company</u>)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On May 17, 2007, I served the foregoing document described as **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Donald C. Schwartz, Esq.
SCHWARTZ LAW OFFICES
7960-B Soquel Drive, Suite 291
Aptos, CA 95003

Ph:  (831) 685-4700
Fax: (831) 685-0907

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 17, 2007, at Los Angeles, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
LYNN KATATA