HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929

Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY DEW HORWATH,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100,,

    Defendants.

CASE NO. C07 02623 PVT

**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY hereby submits the following Certificate of Interested Entities or Persons:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

The undersigned, counsel of record for defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

F:\CASE\RAW.3084\PLEADINGS\Certificate of Interested Entities (federal).wpd - 1 -
DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1.     1.    Reliance Standard Life Insurance Company
2.     2.    Reliance Standard Life Insurance Company of Texas
3.     3.    Delphi Financial Group, Inc.
4.     4.    Plaintiff Terry Dew Horwath

Reliance Standard Life Insurance Company is a part of Reliance Standard Life Insurance Company of Texas, and is owned by Delphi Financial Group, Inc.

DATED: May 16, 2007

HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN P. McNAMARA
Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY

## PROOF OF SERVICE

### (Re: Horwath v. Reliance Standard Life Insurance Company)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On May 17, 2007, I served the foregoing document described as **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Donald C. Schwartz, Esq.
SCHWARTZ LAW OFFICES
7960-B Soquel Drive, Suite 291
Aptos, CA 95003

Ph:  (831) 685-4700
Fax: (831) 685-0907

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 17, 2007, at Los Angeles, California.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

LYNN KATATA