1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **TERRY DEW HORWATH,** | **C 07-02623  PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | |
| **Defendant(s).** | |

_____

12    The Clerk of this Court will now randomly reassign this case to a United

13  States District Judge because one or more of the parties has requested reassignment to

14  a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

15    PLEASE TAKE NOTICE that a Case Management Conference in the above-

16  entitled matter which was previously set for August 21, 2007 before the Honorable Judge

17  Patricia V. Trumbull has been continued to **August 24, 2007 at 10:30 a.m.,** before the

18  Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the

19  U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a

20  Joint Case Management Statement on or before August 17, 2007.

21    If the above-entitled matter settles counsel are required to notify the Court

22  by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off

23  calendar.

24

25

26

27

28

Dated: May 21, 2007

RICHARD W. WIEKING,
Clerk of Court
/s/ Corinne Lew

_____
Corinne Lew
Deputy Clerk