HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant RELIANCE
STANDARD LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DEW HORWATH,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100,,<br><br>    Defendants. | CASE NO. C07 02623RMW (PVT)<br><br>**[PROPOSED] ORDER GRANTING RELIANCE STANDARD LIFE INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**<br><br>**Date: July 10, 2007**<br>**Time: 10:00 a.m.**<br>**Courtroom: 5** |

AND NOW, this 10th day of July, 2007, upon consideration of Reliance Standard Life Insurance Company's Motion to Dismiss Plaintiff's Complaint and Strike Plaintiff's Demand for a Jury Trial, it is hereby ORDERED that said motion is GRANTED and plaintiff's Complaint is dismissed.

BY THE COURT:

_____
Judge of the United States District Court