HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929

Attorneys for Defendant RELIANCE
STANDARD LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DEW HORWATH,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100,,<br><br>Defendants. | CASE NO. C07 02623RMW (PVT)<br><br>**NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE DEFENDANT'S MOTION TO DISMISS**<br><br>Date:   July 10, 2007<br>Time:   10:00 a.m.<br>Ctrm:   5 |

In lieu of its reply, defendant RELIANCE STANDARD LIFE INSURANCE COMPANY ("RELIANCE STANDARD") files this Notice of Plaintiff's Failure to Oppose its Motion to Dismiss.

RELIANCE STANDARD filed its Motion to Dismiss on May 21, 2007. The hearing on the Motion is scheduled for July 10, 2007 at 10:00 a.m. Pursuant to Local Rule 7.3(a), plaintiff's opposition was due 21 days prior that hearing date, which was June 19, 2007. Plaintiff did not file an opposition to the Motion, nor a statement of non-opposition. In light of plaintiff's failure to oppose RELIANCE STANDARD's Motion, RELIANCE STANDARD respectfully urges the Court to grant RELIANCE STANDARD's Motion, and execute the Order submitted along with RELIANCE STANDARD's moving papers. In the event the Court conducts a hearing on this

1 matter, RELIANCE STANDARD submits that neither plaintiff nor plaintiff's counsel
2 should be permitted to address the merits of the Motion due to their failure to timely file
3 an opposition to said Motion.

6 DATED: June 26, 2007         HARRINGTON, FOXX, DUBROW & CANTER, LLP

8                              By:      /s/
                                    KEVIN P. McNAMARA
9                                   Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3084\PLEADINGS\Plaintiff's Failure to Oppose Motion to Dismiss.wpd     2     026 C07 23RMW (PVT)
NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE DEFENDANT'S MOTION TO DISMISS