UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 27, 2007

Case No. C-07-02623-RMW   JUDGE: Ronald M. Whyte

**TERRY DEW HORWATH**   -v- **RELIANCE STANDARD LIFE INSURANCE**
Title

Appeared   Appeared
Attorneys Present   Attorneys Present

COURT CLERK: Jackie Garcia   COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. The Court advised plaintiff's counsel that there was no opposition filed. Counsel advised that he never received the motion. The Court heard oral argument and the Court's tentative ruling is to grant the motion with 20 days leave to amend, to allow the plaintiff to state an ERISA claim. The Court to send out a final order to the parties. The Court reset the CMC to September 21, 2007 @ 10:30 am. The motion is deemed submitted.