HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DEW HORWATH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; and DOES 1 to 100,,<br><br>　　　　Defendants. | CASE NO. C07 02623RMW (PVT)<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff TERRY DEW HORWATH and defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through their respective attorneys of record, hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED: September 27, 2007

HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA

By: /s/
KEVIN P. McNAMARA
Attorneys for Defendant,
RELIANCE STANDARD LIFE INSURANCE COMPANY

DATED: September 27, 2007

LAW OFFICES OF DONALD C. SCHWARTZ

By: /s/
DONALD C. SCHWARTZ, Esq
Attorneys for Plaintiff,
TERRY DEW

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3084\PLEADINGS\Stip & Order Dismissing Complaint.wpd   -2-   C07 02623RMW (PVT)
RSL'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO PLAINTIFF'S OPPOSITION

## **ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: _____ , 2007

_____
United States District Court Judge

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3084\PLEADINGS\Stip & Order Dismissing Complaint.wpd   -3-        C07 02623RMW (PVT)
RSL'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO PLAINTIFF'S OPPOSITION

# PROOF OF SERVICE

## (Re: <u>Horwath v. Reliance Standard Life Insurance Company</u>)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On September 27, 2007, I served the foregoing document described as **STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Donald C. Schwartz, Esq.
SCHWARTZ LAW OFFICES
7960-B Soquel Drive, Suite 291
Aptos, CA 95003

Ph:   (831) 685-4700
Fax:  (831) 685-0907

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 27, 2007, at Los Angeles, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/
LYNN KATATA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222